

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2015

No. 04-15-00038-CV

**IN THE INTEREST OF LG, A CHILD,**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02864
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The motion for extension of time to file appellant's brief is GRANTED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court